NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**SUPERIOR INDUSTRIES, LLC,**
*Plaintiff-Appellant,*

v.

**THOR GLOBAL ENTERPRISES LTD.,**
*Defendant-Appellee.*

---

2011-1549

---

Appeal from the United States District Court for the District of Minnesota in case no. 10-CV-2524, Chief Judge Michael J. Davis.

---

**ON MOTION**

---

**ORDER**

The parties move for an extension of time, until January 3, 2012, for Superior Industries, LLC, to file its opening brief, and for an extension of time, until February 13, 2012, for Thor Global Enterprises Ltd. to file its response brief.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted.

FOR THE COURT

OCT 2 7 2011
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc: John M. Weyrauch, Esq.
Christopher T. Holland, Esq.

s21

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

OCT 2 7 2011

JAN HORBALY
CLERK